STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

NICOLASA BERRIOS RIVERA          Case No. 09-01887-GAC

                Chapter 13       Attorney Name: R FIGUEROA CARRASQUILLO LAW OF

## I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [✓] Present | [ ] Absent |

[ ] Pro-se
[✓] Substitute _M. Gonzalez_

Date: April 22, 2009
Time: 10:30   Track: 007
[ ] This is debtor(s) _1_ Bankruptcy filing.
Liquidation Value: 11,708

Creditors: Cruz - Treasury
Gutierrez - BPPR

## II. Oath Administered
[✓] Yes    [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns SC 2781 05-07 [✓] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[✓] Evidence of income (60 days prior to petition)
    b) social security / Plan income

## IV. Status of Meeting   [✓] Closed   [ ] Not Held   [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation

[✓] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete   [ ] Missing
   [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing   [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

NICOLASA BERRIOS RIVERA

Case No. 09-01887-GAC

Chapter 13     Attorney Name: R FIGUEROA CARRASQUILLO LAW OF

**VI. Plan** (Cont.)
Date: March, 12, 2009    Base $ 44,000.00    [X] Filed    Evidence of Pmt shown: _____
Payments __1__ made out of ____/____ due.    [ ] Not Filed

**VII. Confirmation Hearing Date:** May, 22, 2009

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 546.00 = $ 2,454.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____
[ ] Insurance estimate
_____

[ ] Assumption/Rejection executory contract
_____

[ ] Appraisal _____

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor   [ ] Joint debtor
[ ] Other:
_____
_____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
   [ ] Monthly reports for the months
_____
_____

[ ] Public Liability Insurance
   [ ] Premises_____
   [ ] Vehicle(s)_____
[ ] Licenses issued by:
_____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**
_____
_____
_____
_____
_____

Trustee/Presiding Officer

Date: April 22, 2009
(Rev.