IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

NICOLASA BERRIOS RIVERA     *    CASE NO. 09-01887-GAC13

DEBTOR     *    CHAPTER 13

## MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN

TO THE HONORABLE COURT:

NOW COMES, **NICOLASA BERRIOS RIVERA**, through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor is hereby submitting a Post-confirmation Modification of Chapter 13 Plan, dated July 17, 2009, herewith and attached to this motion.

### NOTICE TO CREDITORS AND PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN, that debtor proposed post-confirmation Plan is hereby circulated to all creditors and parties in interest. You are hereby notify that you have twenty (20) days to reject the proposed modification of this Plan and request a hearing.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq.; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants and debtor, Nicolasa Berrios Rivera; and to all creditors and parties in interest in the present case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 17th day of July, 2009.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEYS FOR PETITIONER
PO BOX 193677
San Juan PR 00919-3677
TEL NO (787) 744-7699 FAX 746-5294
Email: rfigueroa@prtc.net

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                 Case No. **09-01887-13**

**BERRIOS RIVERA, NICOLASA**                           Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

| PLAN DATED: **7/17/2009**<br>☐ PRE ☑ POST-CONFIRMATION | ☐ AMENDED PLAN DATED: _____<br>Filed by: ☐ Debtor ☐ Trustee ☐ Other |
|---|---|
| **I. PAYMENT PLAN SCHEDULE** | **II. DISBURSEMENT SCHEDULE** |
| $ **150.00** x **60** = $ **9,000.00**<br>$ ___ x ___ = $ ___<br>$ ___ x ___ = $ ___<br>$ ___ x ___ = $ ___<br>$ ___ x ___ = $ ___<br><br>TOTAL: $ **9,000.00**<br>Additional Payments:<br>$ **38,000.00** to be paid as a LUMP SUM within **18 months** with proceeds to come from:<br><br>☑ Sale of Property identified as follows:<br>**located at Urb. Marioga E-9 San Onofre St. in Caguas, PR.**<br><br>☐ Other:<br><br><br>Periodic Payments to be made other than, and in addition to the above:<br>$ ___ x ___ = $ ___<br><br>PROPOSED BASE: $ **47,000.00** | A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___<br>B. SECURED CLAIMS:<br>☐ Debtor represents no secured claims.<br>☑ Creditors having secured claims will retain their liens and shall be paid as follows:<br>1. ☑ Trustee pays secured ARREARS:<br>Cr. **BANCO POPULAR D** Cr. **BANCO POPULAR D** Cr. ___<br># **71010013057321** # **POST-PETITION** # ___<br>$ **12,491.56** $ **2,619.29** $ ___<br>2. ☑ Trustee pays IN FULL Secured Claims:<br>Cr. **MUEBLERIA BERRIC** Cr. ___ Cr. ___<br># **2304639707** # ___ # ___<br>$ **2,547.00** $ ___ $ ___<br>3. ☐ Trustee pays VALUE OF COLLATERAL:<br>Cr. ___ Cr. ___ Cr. ___<br># ___ # ___ # ___<br>$ ___ $ ___ $ ___<br>4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: ___<br>5. ☐ Other: ___<br>6. ☑ Debtor otherwise maintains regular payments directly to:<br>**BANCO POPULAR D**<br>C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)<br>D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.<br>1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___<br>☐ Paid 100% / ☐ Other: ___<br>Cr. ___ Cr. ___ Cr. ___<br># ___ # ___ # ___<br>$ ___ $ ___ $ ___<br>2. Unsecured Claims otherwise receive PRO-RATA disbursements. |
| **III. ATTORNEY'S FEES**<br>(Treated as § 507 Priorities)<br><br>Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,454.00** | |
| Signed: **/s/ NICOLASA BERRIOS RIVERA**<br>         Debtor<br><br><br><br>         Joint Debtor | OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*<br>**Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to Muebleria Berrios thru the Trustee in the sum $30.00 per month for the next eight months or until confirmation.**<br>*Or as otherwise specified on proof of claim.<br>**Late filed claims filed by creditors will receive no distribution.<br>"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.<br>Debtor reserves the right to object claims after plan confirmation.** |

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**           Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

BERRIOS RIVERA, NICOLASA
URB. MARIOLGA
E-9 SAN ONOFRE STREET
CAGUAS, PR 00725

NCO FINANCIAL
BELL SOUTH
507 PRUDENTIAL RD
HORSHAM, PA 19044

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

NCO FINANCIAL
SPRINT
507 PRUDENTIAL RD
HORSHAM, PA 19044

AAA
PO BOX 70101
SAN JUAN, PR 00936-8101

PR TELEPHONE COMPANY
PO BOX 71401
SAN JUAN, PR 00936-8501

AEE
PO BOX 363508
SAN JUAN, PR 00936-3508

PR TELEPHONE COMPANY
PO BOX 360998
SAN JUAN, PR 00936-0998

BANCO POPULAR DE PR
PO BOX 364445
SAN JUAN, PR 00936-4445

PRINCE PARK
BELL SOUTH
8625 CROWN CRESCEN
CHARLOTTE, NC 28227

CINGULAR WIRELESS
PO BOX 15067
SAN JUAN, PR 00902-8567

RADIO SHACK
PO BOX 8181
GRAY, TN 37615-0181

CLARO
PO BOX 360998
SAN JUAN, PR 00936

RJM ACQ LLC
575 UNDERHILL BLVD STE 2
SYOSSET, NY 11791

LIBERTY CABLEVISION-PR
PO BOX 8759
CAGUAS, PR 00726-8759

SECURITY CREDIT
CITIBANK
2612 JACKSON AVE W
OXFORD, MS 38655

MARTINEZ & TORRES LAW OFFICES, PSC
PO BOX 192938
SAN JUAN, PR 00919-2938

WESTERN AUTO
PO BOX 11853
SAN JUAN, PR 00910-3853

MUEBLERIA BERRIOS
PO BOX 674
CIDRA, PR 00739-0674

WESTERN BANK
PO BOX 430
MAYAGUEZ, PR 00681-0430