IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

NICOLASA BERRIOS RIVERA

CASE NO. 09-01887-GAC

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S FAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 7/17/2009

With respect to the above-referred payment plan with a base of $47,000.00 the Trustee Renders the following recommendation:

☐ **FAVORABLE**        ☒ **UNFAVORABLE**

1. ☐ FEASIBILITY 11 USC § 1325(a)(6):

2. ☐ INSUFFICIENTLY FUNDED § 1325(b):

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☐ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. ☐ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. ☐ DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. ☒ OTHER:
   PROOF OF CLAIM TO BE FILED FOR BPPR'S POST PETITION ARREARS

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 7/23/2009

R FIGUEROA CARRASQUILLO
COUNSEL FOR DEBTOR(S)

/s/ Miriam Salwen Acosta

Miriam Salwen Acosta
USDC # 208910

For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062