IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>NICOLASA BERRIOS RIVERA<br><br><br><br>XXX-XX-3625<br><br><br><br><br>Debtor(s) | CASE NO. 09-01887 BKT<br><br>Chapter 13<br><br><br><br><br><br>FILED & ENTERED ON 08/03/2010 |

### ORDER

Banco Popular de PR's motion requesting authorization to enter into a modification agreement (docket #62) is hereby granted. The debtor to file amending schedules and plan, if necessary, within thirty (30) days.

IT IS SO ORDERED.

San Juan, this 03 day of August, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA