# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

### Minute Entry

**Hearing Information:**

**Debtor**: NICOLASA BERRIOS RIVERA
**Case Number**: 09-01887-BKT13        **Chapter:** 13
**Date / Time / Room**: 2/22/2011 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: CARMEN B. FIGUEROA
**Reporter / ECR**: ADA LOPEZ

**Matter:**

Final Hearing Motion for Relief From Stay Under 362 filed by BPPR (#72) & Debtor's reply (#78).

**Appearances:**

OSMARIS NAVARRO, CHAPTER 13 TRUSTEE
MICHELLE VEGA, ATTORNEY FOR DEBTOR
TANIA VAZQUEZ, ATTORNEY FOR BANCO POPULAR DE PUERTO RICO

**Proceedings:**

### ORDER:

Parties are granted thirty (30) days to negotiate and file a settlement stipulation. Movant waives the sixty (60) day determination period and a new hearing date for the §362 motion is scheduled for **4/05/2011 at 9:00am.**

SO ORDERED.

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge