IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

NICOLASA BERRIOS RIVERA

DEBTOR(S)

**AMENDED DOCUMENT**

CASE NO. 09-01887-BKT

CHAPTER 13

# TRUSTEE'S UNFAVORABLE REPORT
# ON POST CONFIRMATION MODIFIED PLAN DATED 5/26/2011

With respect to the above-referred payment plan with a base of $22,050.00 the Trustee Renders the following recommendation:

☐ **FAVORABLE**    ☒ **UNFAVORABLE**

1. ☒ FEASIBILITY 11 USC § 1325(a)(6):
   Debtor has 24 out of 31 plan payments (arrears $1,950.00).

2. ☐ INSUFFICIENTLY FUNDED § 1325(b):

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☒ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):
   Debtors to review Schedules I and J in view of request for mortgage modification.

5. ☐ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. ☐ DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. ☐ OTHER:

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 10/19/2011

R FIGUEROA CARRASQUILLO
COUNSEL FOR DEBTOR(S)

/s/ Miriam Salwen Acosta

Miriam Salwen Acosta
USDC # 208910

For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062