IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

NICOLASA BERRIOS RIVERA * CASE NO. 09-01887-BKT

DEBTOR * CHAPTER 13

## MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN

TO THE HONORABLE COURT:

NOW COMES, NICOLASA BERRIOS RIVERA through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor is hereby submitting a Post-confirmation Modification of Chapter 13 Plan, dated October 25, 2011, herewith and attached to this motion.

2. Debtor has admittedly accumulated arrears with the Chapter 13 Trustee, as a result of health problems suffered during the past months that required extraordinary medical expenses. Due to this situation, debtor needs to reduce the Plan base within her budget that would allow her to complete the Chapter 13 payment Plan.

### NOTICE

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page 2
Case no. 09-01887-BKT
Motion and notice of filing of post-confirmation
Modification of chapter 13 plan

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor, Nicolasa Berrios Rivera; and to all creditors and parties in interest in the present case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 25th day of October, 2011.

/s/ *Roberto Figueroa Carrasquillo*
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 193677
SAN JUAN PR 00919-3677
TEL NO (787) 744-7699 FAX 746-5294
EMAIL: rfigueroa@rfclawpr.com

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                                      Case No. **09-01887-13**

**BERRIOS RIVERA, NICOLASA**                       Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **10/25/2011**                    ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION           Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 150.00 | x | 11 | = $ | 1,650.00 |
|---|---|---|---|---|---|
| $ | 0.00 | x | 6 | = $ | 0.00 |
| $ | 150.00 | x | 7 | = $ | 1,050.00 |
| $ | 0.00 | x | 7 | = $ | 0.00 |
| $ | 150.00 | x | 29 | = $ | 4,350.00 |

TOTAL: $     7,050.00

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $     **7,050.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $     **2,454.00**

Signed: **/s/ NICOLASA BERRIOS RIVERA**
         Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **MUEBLERIA BERRIC** Cr. _____ Cr. _____
# **2304639707** # _____ # _____
$     **2,929.42** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: _____
5. ☐ Other: _____
6. ☐ Debtor otherwise maintains regular payments directly to: _____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
               ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**The Debtor consents to the modification of the automatic stay in favor of Banco Popular de PR for Loss Mitigation purposes only.
Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to Muebleria Berrios thru the Trustee in the sum $30.00 per month for the next eight months or until confirmation.**
*Or as otherwise specified on proof of claim.
**Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.**

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**          Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

BERRIOS RIVERA, NICOLASA
URB. MARIOLGA
E-9 SAN ONOFRE STREET
CAGUAS, PR 00725

NCO FINANCIAL
BELL SOUTH
507 PRUDENTIAL RD
HORSHAM, PA 19044

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

NCO FINANCIAL
SPRINT
507 PRUDENTIAL RD
HORSHAM, PA 19044

AAA
PO BOX 70101
SAN JUAN, PR 00936-8101

PR TELEPHONE COMPANY
PO BOX 71401
SAN JUAN, PR 00936-8501

AEE
PO BOX 363508
SAN JUAN, PR 00936-3508

PR TELEPHONE COMPANY
PO BOX 360998
SAN JUAN, PR 00936-0998

BANCO POPULAR DE PR
PO BOX 364445
SAN JUAN, PR 00936-4445

PRINCE PARK
BELL SOUTH
8625 CROWN CRESCEN
CHARLOTTE, NC 28227

CINGULAR WIRELESS
PO BOX 15067
SAN JUAN, PR 00902-8567

RADIO SHACK
PO BOX 8181
GRAY, TN 37615-0181

CLARO
PO BOX 360998
SAN JUAN, PR 00936

RJM ACQ LLC
575 UNDERHILL BLVD STE 2
SYOSSET, NY 11791

LIBERTY CABLEVISION-PR
PO BOX 8759
CAGUAS, PR 00726-8759

SECURITY CREDIT
CITIBANK
2612 JACKSON AVE W
OXFORD, MS 38655

MARTINEZ & TORRES LAW OFFICES, PSC
PO BOX 192938
SAN JUAN, PR 00919-2938

WESTERN AUTO
PO BOX 11853
SAN JUAN, PR 00910-3853

MUEBLERIA BERRIOS
PO BOX 674
CIDRA, PR 00739-0674

WESTERN BANK
PO BOX 430
MAYAGUEZ, PR 00681-0430